# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# DOCKET NO. 5:07CR50-RLV-CH

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ERIC WILFORD MORRISON, ) | |

**THIS MATTER IS BEFORE THE COURT** on its own motion. The undersigned has twice presided over inquiry to counsel hearings in Mr. Morrison's case. Mr. Morrison, who is currently represented by his appointed counsel, Andrew Murray, has repeatedly stated his intention to retain counsel to represent him in this matter in place of Mr. Murray. Notwithstanding, no attorney has come forward to make an appearance in Mr. Morrison's case.

At an inquiry to counsel hearing held this date, Mr. Morrison most recently stated that his family has retained a lawyer from California and that the California lawyer is seeking to have local attorney Roy Wiggins serve as local counsel. Neither the California lawyer nor Mr. Wiggins appeared at the hearing. The Clerk's Office contacted Mr. Wiggins, who while being most helpful, was not able to completely clarify the status of Mr. Morrison's representation. Mr. Wiggins suggested, and the Court agrees, that an additional inquiry to counsel hearing is needed to resolve this matter.

**IT IS THEREFORE ORDERED** that the Clerk's Office shall schedule at a time in its discretion an inquiry to counsel hearing before the undersigned on Monday, November 10, 2008 to resolve the question of Mr. Morrison's representation. The Court will direct that the Clerk's Office send notices of that hearing to both Mr. Murray and Mr. Wiggins.

**IT IS FURTHER ORDERED** that, in fairness to all involved, *and in particular to Mr. Morrison*, the question of Mr. Morrison's representation shall be resolved at the hearing on November 10, 2008. New retained counsel, if there is to be such, should make an appearance on or before that date, or the Court will direct Mr. Murray as Defendant's appointed counsel to re-commence his preparation of Mr. Morrison's case.

Signed: October 31, 2008

David C. Keesler
United States Magistrate Judge