UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

DOCKET NO. 5:07CR50-V

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **PRELIMINARY ORDER** |
| v. | ) | **OF FORFEITURE** |
| | ) | |
| ERIC WILFORD MORRISON | ) | |

In the Superseding Bill of Indictment in this case, the United States sought forfeiture of property pursuant to 21 U.S.C. § 853, including the firearm described below.

At trial, defendant was convicted by a jury. Based on the evidence presented at trial and other matters of record, including sentencing, the government has raised the rebuttable presumption in 21 U.S.C. § 853(d), and defendant has failed to rebut that presumption.

It is therefore ORDERED:

1. The United States is authorized to seize the following property, and it is hereby forfeited to the United States for disposition according to law, subject to the provisions of 21 U.S.C. §853(n): the sum of $3530 in United States currency seized on or about February 12, 2008, from defendant.

2. Pursuant to 21 U.S.C. §853(n)(1), the government shall publish as required by law notice of this order and notice that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier, or within sixty days of first publication by the internet. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the

property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in each of the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought. The United States may, as permitted by law and to the extent practicable, provide direct written notice to any person known to have alleged an interest in property that is the subject of this order of forfeiture, as a substitute for published notice.

    3. Upon adjudication of all third-party interests, this Court will enter a final order and judgment of forfeiture pursuant to 21 U.S.C. §853(n).

    **SO ORDERED**.

Signed: June 15, 2009

David S. Cayer
United States Magistrate Judge