IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:12-CV-00147-RLV
(5:07-CR-00050-RLV-DSC-2)

| | |
|---|---|
| ERIC WILFORD MORRISON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>) | **SCHEDULING ORDER**<br>**FOR EVIDENTIARY HEARING** |

**THIS MATTER** is before the Court for entry of an Order setting a date for an evidentiary hearing on a claim of ineffective assistance of counsel which was raised by Petitioner in his pro se motion to vacate, set aside or correct assistance.

**IT IS, THEREFORE, ORDERED** that:

The Federal Bureau of Prisons and the United States Marshals Service is hereby ORDERED to produce and transport the body of ERIC WILFORD MORRISON (BOP Register # 106080-058), for an Evidentiary Hearing not later than July 31, 2015, with such hearing to be held on August 10, 2015, at 2:30 PM, before the Honorable Richard L. Voorhees, in the Western District of North Carolina, Statesville Courthouse, 200 West Broad Street, 2nd Floor Courtroom, Statesville, North Carolina.

**IT IS FURTHER ORDERED** that upon completion of the Evidentiary Hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to Petitioner, Petitioner's attorney Christopher Burell Shella, the U.S. Attorney, and the US Marshals Service.

1

**IT IS SO ORDERED.**

Signed: July 13, 2015

Richard L. Voorhees
United States District Judge