IN THE DISTRICT COURT OF THE UNITED STATES FOR THE WESTERN DISTRICT OF NORTH CAROLINA STATESVILLE DIVISION
CIVIL NO. 5:12CV147-RLV
CRIMINAL DOCKET NO. 5:07CR50RLV

| | |
|---|---|
| ERIC WILFORD MORRISON, )<br>      Petitioner, )<br>)<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>      Respondent. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court upon its own Motion To reschedule an Evidentiary Hearing in the above matter.

**IT IS, THEREFORE, ORDERED** that:

1. The Evidentiary Hearing is scheduled for September 30, 2015, at 2 PM, at the Statesville Courthouse in Statesville, N. C.
2. The Clerk's Office notify the IT Department that there will be a videoconference with the Government's witness, Mr. John Feiner, who resides in California, using the U. S. Attorney's Office in Los Angeles.
3. A.U.S.A. Anthony J. Enright, provide the IT Department/Clerk's Office the necessary information for setting up the videoconference, slated for September 30, 2015, at 2PM, in the Los Angeles, California, U. S. Attorney's Office.
4. The Clerk's Office provide the U. S. Attorney's Office, Defense Counsel, U. S. Marshal's Office and Probation Office, a copy of this order.

Signed: August 20, 2015

Richard L. Voorhees
United States District Judge