# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:07-CR-00050-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | ) **ORDER**<br>) |
| ERIC WILFORD MORRISON, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's unopposed Motion requesting that the Court find that good cause or excusable neglect exists under Fed. R. App. P. 4(b)(4) to justify an extension of time until August 24, 2020, for the filing of a notice of appeal in this case. (Doc. No. 695) ("Motion"). For the reasons stated in the Motion, the Court will **GRANT** the Motion.

**SO ORDERED.**

Signed: August 17, 2022

Kenneth D. Bell
United States District Judge